UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
SEP - 3 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:26.CR.108.SCM.MAS

**MARQUIST JONES**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 922(g)(2)**

On or about May 22, 2026, in Fayette County, in the Eastern District of Kentucky,

**MARQUIST JONES,**

knowing he was a fugitive from justice, did knowingly possess a firearm, that is, a Ruger, model RXM, 9mm caliber pistol bearing serial number 096-7146, that was in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(2).

**COUNT 2**
**18 U.S.C. § 922(o)**

On or about May 22, 2026, in Fayette County, in the Eastern District of Kentucky,

**MARQUIST JONES,**

did knowingly possess a machinegun, that is, a Ruger, model RXM, 9mm caliber pistol bearing serial number 096-7146, with a machinegun conversion device attached, knowing

the essential characteristics of the firearm which made it a "machinegun" as defined by 18 U.S.C. § 921(a), in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offenses alleged in this Indictment, **MARQUIST JONES,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 922. Any and all interest that **MARQUIST JONES,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Ruger, model RXM, 9mm caliber pistol bearing serial number 096-7146.
b. Assorted ammunition.

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**AUBREY MCGUIRE GIROUARD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

| | |
|---|---|
| **COUNT 1:** | Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release. |
| **COUNT 2:** | Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release. |
| **PLUS:** | Forfeiture of all listed property. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |